■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO MOREL, Appellant. [672 NYS2d 753] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Golia, J.), rendered November 9, 1995, convicting him of manslaughter in the first degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's arguments concerning the legal sufficiency of the evidence are unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient both to disprove the defense of justification and to establish the defendant's intent to cause serious physical injury, beyond a reasonable doubt (*see, People v Candelaria,* 206 AD2d 385; *People v Rochester,* 168 AD2d 519). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Under the circumstances of this case, the defendant was not denied the effective assistance of counsel due to his counsel's failure to make a statement on his behalf at sentencing (*see, People v Williams,* 97 AD2d 599, 600). The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80, 82). Rosenblatt, J. P., Ritter, Krausman and Goldstein, JJ., concur.